IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN-PIERRE BANEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:12-cv-5140-N |
| | § | |
| ERIC H. HOLDER, JR., | § | |
| United States Attorney General, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Due to his history of filing frivolous cases and his continued abuse of the judicial system, Plaintiff is barred from bringing any further civil action of any kind in the Northern District of Texas without first obtaining the permission of a district judge or magistrate judge.

SO ORDERED this 11th day of March, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE